IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN EDWARD LIGHTFEATHER,

Plaintiff,

vs.

BRENDA MAE STINSON, and AMY, nurse
aid, individual compacity;

Defendants.

8:22CV309

MEMORANDUM AND ORDER

On August 24, 2022, the Plaintiff filed his Complaint under 42 U.S.C. § 1983, Filing No. 1, and a supplement the following day, Filing No. 2.  On August 29, 2022, the Court ordered Plaintiff to submit the $402.00 filing fee or submit a request to proceed in forma pauperis within 30 days.  Filing No. 5.  In its Order the Court also notified Plaintiff that failure to comply would result in dismissal of the matter without further notice.  *Id.*  To date, Plaintiff has not paid the filing fee, filed a motion to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1.      This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2.      The Court will enter judgment by a separate document.

2

3.      Any notice of appeal filed by Plaintiff must be accompanied by the $505.00

appellate filing fee because Plaintiff will not be allowed to proceed in forma pauperis on

appeal.  *See* 28 U.S.C. §1915(g).

Dated this 11th day of October, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court